IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PERRY B. DIXON, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:04-CV-5 (HL) |
| Lt. BAILEY, et al, | : |
| Defendants | : |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed January 13, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 6th day of February, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**